IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DANA M. PRESLEY**  **PLAINTIFF**
**ADC # 716825**

V.  CASE NO. 3:19-CV-105-KGB-BD

**CRAIGHEAD COUNTY JAIL**, *et al*.  **DEFENDANTS**

## ORDER

For screening purposes, Plaintiff Dana Presley has stated a deliberate-indifference claim against Defendant Black, and service for Defendant Black is now proper. The Clerk of Court is directed to prepare a summons for Defendant Black, and the Marshal is directed to serve Defendant Black with a copy of the complaint and the amended complaints (#1, #3, #6, #8, #9), with any attachments, and a summons without requiring prepayment of fees and costs or security. Service for Defendant Black should be through the Craighead County Detention Facility, 901 Willett Road, Jonesboro, Arkansas 72401.

IT IS SO ORDERED, this 28th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE