IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| DANA M. PRESLEY<br>ADC #716825 | PLAINTIFF |
| v. Case No. 3:19-cv-00105-KGB-BD | |
| CRAIGHEAD COUNTY<br>JAIL, *et al.* | DEFENDANT |

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 11). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court therefore dismisses without prejudice plaintiff Dana M. Presley's claims against the Craighead County Jail and the Craighead County Sheriff's Office and Ms. Presley's claims regarding her conditions of confinement and her inmate trust account. The Court dismisses with prejudice Ms. Presley's claims regarding her access to the inmate grievance procedure. The Court dismisses without prejudice Ms. Presley's claims against defendant Black in her official capacity.

It is so ordered this 19th day of December, 2019.

Kristine G. Baker
United States District Judge