IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANA M. PRESLEY,                                                                    PLAINTIFF
ADC #716825

V.                           CASE NO. 3:19-CV-105-KGB-BD

CRAIGHEAD COUNTY JAIL, *et al.*                                              DEFENDANTS

## ORDER

The Clerk of Court is directed to update Plaintiff's address to: Tucker Re-entry Center, Arkansas Department of Correction, pursuant to her Notice of Change of Address (docket entry #19). The address should be listed on the docket sheet as 100 Grimes Road, Tucker, Arkansas 72168. The Clerk is also instructed to resend a copy of the December 19, 2019 Order (#20) to Ms. Presley.

IT IS SO ORDERED, this 9th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE