**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DANA M. PRESLEY**                                                    **PLAINTIFF**
**ADC # 716825**

**V.**                            **CASE NO. 3:19-CV-105-JM-BD**

**CRAIGHEAD COUNTY JAIL,** *et al*.                        **DEFENDANTS**

**<u>RECOMMENDED DISPOSITION</u>**

**I.    <u>Procedure for Filing Objections</u>**

This Recommendation has been sent to Judge James M. Moody Jr. Any party may file objections to this Recommendation if they disagree with its findings or conclusions. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, the parties may waive the right to appeal questions of fact.

**II.    <u>Discussion</u>**

Ms. Presley was an inmate at the Craighead County Jail when she filed this civil rights lawsuit on April 11, 2019, without the help of a lawyer. (Docket entry #1) Mail sent to Ms. Presley from the Court was recently returned as "undeliverable." (#21) On January 7, the Court ordered Ms. Presley to notify the Court of her new address within 30 days or risk dismissal of her complaint. (#22)

On January 9, 2020, the Court entered an order directing the Clerk of Court to update Ms. Presley's address, noting that Ms. Presley had sent a change-of-address notice on November 21, 2019. (#23) On January 17, 2020, the Order directing Ms. Presley to update her address with the Court was returned to the Court "undeliverable" and was re-sent to her updated address. (#25) Since then, mail sent to Ms. Presley has also been returned to the Court, marked "undeliverable," with a notation that Ms. Presley has now been "parol[ed]." (#27, #28, #29) Local rules require pro se plaintiffs, including Ms. Presley, to promptly notify the Court of any change in address so that the Court and other parties can communicate with them. Local Rule 5.5(c)(2).

## III.    Conclusion

The Court recommends that Ms. Presley's claims be DISMISSED, without prejudice, based on her failure to comply with the January Order (#22) and her failure to prosecute this lawsuit.

DATED this 19th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE