IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANA M. PRESLEY**  **PLAINTIFF**
**ADC # 716825**

**V.**  **CASE NO. 3:19-CV-105-JM-BD**

**CRAIGHEAD COUNTY JAIL,** *et al*.  **DEFENDANTS**

## ORDER

The Court has received a recommendation from Magistrate Judge Beth Deere that Ms. Presley's claims be dismissed. Ms. Presley has not filed objections. After careful review of the recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in all respects.

Ms. Presley's claims are DISMISSED, without prejudice, based on her failure to respond to the Court's January 7, 2020 Order and her failure to prosecute this lawsuit.

IT IS SO ORDERED, this 9th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE