IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANA M. PRESLEY**  **PLAINTIFF**
**ADC # 716825**

**V.**  **CASE NO. 3:19-CV-105-JM-BD**

**CRAIGHEAD COUNTY JAIL**, *et al*.  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 9th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE